1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARK A. WIN
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8980
        Facsimile:  (415) 744-0134
7       E-Mail: Mark.Win@ssa.gov

8  Attorneys for Defendant

9
                      UNITED STATES DISTRICT COURT
10
                      EASTERN DISTRICT OF CALIFORNIA
11
                           **FRESNO DIVISION**
12

13

14  JORGE LOPEZ,                    )
                                    )   CIVIL NO. 1:06cv01700 OWW DLB
15       Plaintiff,                 )
                                    )   STIPULATION AND ORDER TO
16            v.                    )   EXTEND TIME
                                    )
17  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
18  Social Security,                )
                                    )
19       Defendant.                 )
    _____

20

21

22
         The parties, through their respective counsel, stipulate that the
23
    time for filing defendant's opposition to plaintiff's opening brief be
24
    extended from July 9 to August 8, 2007.
25
    ///
26
    ///
27
    ///
28

1    This is defendant's first request for an extension of time to

2  file a response to plaintiff's opening brief.  Defendant needs the

3  additional time due to the press of workload and a previously planned

4  vacation.

5                                    Respectfully submitted,

6
   Dated: June 29, 2007              /s/ Brian C. Shapiro
7                                    (As authorized via telephone)
                                     BRIAN C. SHAPIRO
8                                    Attorney for Plaintiff

9
   Dated: June 29, 2007              McGREGOR W. SCOTT
10                                    United States Attorney
                                      LUCILLE GONZALES MEIS
11                                    Regional Chief Counsel, Region IX
                                      Social Security Administration
12

13                                    /s/ Mark A. Win
                                      MARK A. WIN
14                                    Special Assistant U.S. Attorney

15        IT IS SO ORDERED.

16        **Dated:   July 2, 2007**                **/s/ Dennis L. Beck**
17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28