```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8980
     Facsimile:  (415) 744-0134
     E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JORGE LOPEZ, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____ | CIVIL NO. 1:06-CV-01700 OWW DLB<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from August 8 to September 7, 2007.

///

///

///

This is defendant's second request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time for further analysis and review of the case.

                                    Respectfully submitted,

Dated: August 8, 2007        /s/ Brian C. Shapiro
                                  (As authorized via telephone)
                                  BRIAN C. SHAPIRO
                                  Attorney for Plaintiff

Dated: August 8, 2007        McGREGOR W. SCOTT
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/ Mark A. Win
                                  MARK A. WIN
                                  Special Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:   **August 8, 2007**                  **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE