McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JORGE LOPEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-CV-01700-DLB<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge ("ALJ") and direct him or her to further evaluate the medical opinions of Romeo Mariano, M.D., and Emmanuel Fantone, M.D.  If the ALJ determines that additional information is needed from Dr. Mariano and/or Dr. Fantone to reach a decision, the ALJ will recontact them in accordance with the regulations.

1  The parties further request that the Clerk of the Court be directed to enter a final judgment in
2  favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision
3  of the Commissioner.

Respectfully submitted,

Dated: September 6, 2007                */s/ Brian C. Shapiro*
                                        (As authorized via telephone)
                                        BRIAN C. SHAPIRO
                                        Attorney for Plaintiff

Dated: September 6, 2007                McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Mark A. Win*
                                        MARK A. WIN
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **September 11, 2007**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE